**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00219-CR

### DIONESIO CEZARIO ESCOBAR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F14-30430-J

## ORDER

The Court **GRANTS** court reporter Kimberly Xavier's July 19, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Xavier to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE